UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GEORGE FRANGIE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:16-cv-00877-FFM<br><br>**JUDGMENT OF REMAND** |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: August 18, 2016　　　　　　/S/FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　HON. FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge