1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.475.1880
7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
10

11  GEORGE FRANGIE,                     )
                                        )  CASE NO.: 2:16-CV-00877-FFM
12        Plaintiff,                    )
13                                      )
14  v.                                  )
                                        )  [~~PROPOSED~~] ORDER
15  CAROLYN W. COLVIN, Acting,          )  AWARDING EAJA FEES
16  Commissioner of Social Security,    )
                                        )
17        Defendant.                    )
18  _____  )

19

20        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21        IT IS ORDERED that EAJA fees are awarded in the amount of TWO

22  THOUSAND DOLLARS AND 00/100 ($2,000.00) and costs in the amount of

23  FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

24

25  DATED:  October 18, 2016          /S/ FREDERICK F. Mumm
                                     _____
26                                     HON. FREDERICK F. MUMM
                                   UNITED STATES MAGISTRATE JUDGE
27

28

                                -1-